ACCEPTED
12-14-00362-CV
TWELFTH COURT OF APPEALS
TYLER, TEXAS
3/4/2015 9:02:56 AM
CATHY LUSK
CLERK

NO. 12-14-00362-CV
Trial Court No. 2012-2331-CCL2

FILED IN
12th COURT OF APPEALS
TYLER, TEXAS
3/4/2015 9:02:56 AM
CATHY S. LUSK
Clerk

IN THE TWELFTH COURT OF APPEALS
FOR THE STATE OF TEXAS

**Grace Smith,** *Appellant*

**v.**

**Stephanie Holloway,** *Appellee*

## MOTION FOR VOLUNTARY DISMISSAL

TO THE TWELFTH COURT OF APPEALS:

Appellant, Grace Smith, pursuant to Rules 42.1 of the Texas Rule of Appellate Procedure, files this motion for voluntary dismissal, and in that regard, moves to dismiss this appeal. No other party is seeking any relief under this appeal.

Accordingly, appellant, Grace Smith, requests that this appeal be dismissed.

Respectfully submitted,

/s/Timothy A. Hootman
TIMOTHY A. HOOTMAN
SBN 09965450
2402 Pease St
Houston, TX 77003
713.247.9548
713.583.9523 (fax)
E-mail: thootman2000@yahoo.com

ATTORNEY FOR APPELLANT, GRACE SMITH

1

## CERTIFICATE OF SERVICE

I hereby certify that, in accordance with Rule 9.5 of the Texas Rules of Appellate Procedure, I have served the forgoing document upon the following attorneys by personal mail, commercial delivery service, fax, or electronic service:

Matt Montgomery
WALTERS, BALIDO & CRAIN
Meadow Park Tower
10440 North Central Expressway, Ste 1500
Dallas, TX 75231

Dated: March 4, 2015

/s/Timothy A. Hootman
TIMOTHY A. HOOTMAN